01

02

03

04

05

06           UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08 UNITED STATES OF AMERICA,    **)**
                                 **)**   CASE NO. MJ24-183
09        Plaintiff,           **)**
                                 **)**
10        v.                  **)**
                               **)**   DETENTION ORDER
11 KEITH DANIEL FREERKSEN,    **)**
                               **)**
12        Defendant.        **)**
_____ **)**

13

14

Offenses charged:

15

   1. Travel with intent to engage in sexual act with a minor.

16

Date of Detention Hearing:   May 2nd, 2024.

17

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

18

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19

that no condition or combination of conditions which defendant can meet will reasonably assure

20

the appearance of defendant as required and the safety of other persons and the community.

21

22

DETENTION ORDER
PAGE -1

01      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02      1.      Defendant has been charged with violations of 18 U.S.C. § 2423(b).   There is

03 therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

04 under 18 U.S.C. § 3142(e).

05      2.      Defendant is a risk of flight based upon the fact that he has a detainer from

06 another jurisdiction, and no ties to this District.   Defendant is a danger to the community based

07 on the nature of the alleged offense, and his prior criminal history involving child pornography.

08 Defendant does not contest detention at this time.

09      3.      There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the

11 danger to other persons or the community.

12 It is therefore ORDERED:

13 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14      General for confinement in a correction facility separate, to the extent practicable, from

15      persons awaiting or serving sentences or being held in custody pending appeal;

16 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17 3.  On order of the United States or on request of an attorney for the Government, the person

18      in charge of the corrections facility in which defendant is confined shall deliver the

19      defendant to a United States Marshal for the purpose of an appearance in connection with a

20      court proceeding; and

21 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22      the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01  Officer.

02      DATED this 2nd Day of May, 2024.

03

04                          S. KATE VAUGHAN
                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3